# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Lynette D Sommer | § | Case No. 14-39822 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 91,000.00                              Assets Exempt: 29,118.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,478.94        Claims Discharged
                                                                            Without Payment: 15,516.32

Total Expenses of Administration: 1,243.06

---

3) Total gross receipts of $ 4,722.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,722.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,243.06 | 1,243.06 | 1,243.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 18,995.26 | 18,995.26 | 3,478.94 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 20,238.32 | $ 20,238.32 | $ 4,722.00 |

   4)  This case was originally filed under chapter 7 on  10/31/2014 .  The case was pending for 22 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/24/2016            By: /s/Zane L. Zielinski
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Insurance Policy | 1129-000 | 4,722.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,722.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,180.50 | 1,180.50 | 1,180.50 |
| Arthur B. Levine Company | 2300-000 | NA | 2.56 | 2.56 | 2.56 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,243.06 | $ 1,243.06 | $ 1,243.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 186.19 | 186.19 | 34.10 |
| 1 | Cavalry Spvi Llc Assignee Capital One, Na | 7100-000 | NA | 13,936.49 | 13,936.49 | 2,552.44 |
| 3 | Synchrony Bank | 7100-000 | NA | 4,872.58 | 4,872.58 | 892.40 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 18,995.26 | $ 18,995.26 | $ 3,478.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-39822 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Lynette D Sommer | | | | Date Filed (f) or Converted (c): | 10/31/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2014 |
| For Period Ending: | 08/24/2016 | | | | Claims Bar Date: | 05/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 2. 606 Caleb Drive, Ottawa, Illinois | 106,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 11.00 | 0.00 | | 0.00 | FA |
| 4. Checking, savings or other financial accounts | 35.00 | 35.00 | | 0.00 | FA |
| 5. Checking, savings or other financial accounts | 25.00 | 0.00 | | 0.00 | FA |
| 6. Household goods and furnishings, including audio, video, and | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 8. Automobiles, trucks, trailers, and other vehicles and access | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Interests in IRA, ERISA, Keogh, or other pension or profit s | 7,718.00 | 0.00 | | 0.00 | FA |
| 10. Interest in Insurance Policy (u) | 6,951.00 | 4,722.00 | | 4,722.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $124,840.00  $4,757.00  $4,722.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Financial Plus credit union, Ottawa, Il. |
| RE PROP # | 5 | -- | Financial Plus Credit Union, Ottawa, IL. |
| RE PROP # | 6 | -- | Household goods |
| RE PROP # | 7 | -- | Wearing Apparel |
| RE PROP # | 8 | -- | 2002 Pontiac Grand Prix |
| RE PROP # | 9 | -- | 401(k) with Fidelity. |
| RE PROP # | 10 | -- | Whole Life Insurance Policy with cash surrender value. |

Exhibit 8

Initial Projected Date of Final Report (TFR): 10/31/2015    Current Projected Date of Final Report (TFR): 10/31/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-39822 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Lynette D Sommer | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4271 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1694 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4956 | Transfer of Funds | 9999-000 | $4,669.44 | | $4,669.44 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,659.44 |
| 02/08/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,180.50 | $3,478.94 |
| 02/08/16 | 5002 | Cavalry Spvi Llc Assignee Capital One, Na<br>Bass Associates Pc<br>3936 E Fort Lowell Road Suite 200<br>Tucson, Az 85712 | Final distribution to claim 1 representing a payment of 18.31 % per court order. | 7100-000 | | $2,552.44 | $926.50 |
| 02/08/16 | 5003 | American Infosource Lp As Agent For Directv, Llc<br>Po Box 51178<br>Los Angeles, Ca 90051-5478 | Final distribution to claim 2 representing a payment of 18.31 % per court order. | 7100-000 | | $34.10 | $892.40 |
| 02/08/16 | 5004 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 3 representing a payment of 18.31 % per court order. | 7100-000 | | $892.40 | $0.00 |

| | COLUMN TOTALS | $4,669.44 | $4,669.44 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $4,669.44 | $0.00 |
| | Subtotal | $0.00 | $4,669.44 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $4,669.44 |

Page Subtotals:   $4,669.44   $4,669.44

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-39822 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Lynette D Sommer | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX4956 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1694 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/15 | 10 | Thrivent Financial<br>625 Fourth Avenue S, Minneapolis, MN 55415-1665 | whole life insurance proceeds | 1129-000 | $4,722.00 | | $4,722.00 |
| 02/16/15 | 101 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Yearly Bond Payment | 2300-000 | | $2.56 | $4,719.44 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,709.44 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,699.44 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,689.44 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,679.44 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,669.44 |
| 07/14/15 | | Transfer to Acct # xxxxxx4271 | Transfer of Funds | 9999-000 | | $4,669.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,722.00 | $4,722.00 |
| Less: Bank Transfers/CD's | $0.00 | $4,669.44 |
| Subtotal | $4,722.00 | $52.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,722.00 | $52.56 |

Page Subtotals:  $4,722.00  $4,722.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX4271 - Checking | $0.00 | $4,669.44 | $0.00 |
| XXXXXX4956 - Checking | $4,722.00 | $52.56 | $0.00 |
|  | $4,722.00 | $4,722.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,722.00 |
| Total Gross Receipts: | $4,722.00 |

Page Subtotals:    $0.00    $0.00